IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE CO. | ) |
| | ) |
| v. | ) NO. 3-10-0685 |
| | ) JUDGE CAMPBELL |
| FEDERAL CORRECTIONS COMPLEX, | ) |
| et al. | ) |

ORDER

Pending before the Court is a Joint Motion to Dismiss (Docket No. 5), filed by counsel for all parties. The Motion is GRANTED, and this action is DISMISSED without prejudice for Plaintiff to adjudicate its administrative claim.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE